IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DeFRANTZE LUCAS NOEL

    Petitioner,           No. CIV S-08-3146 JAM GGH P

    vs.

JOHN McGINNESS,

    Respondent.        <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file a response pursuant to the court's order of January 13, 2009.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's February 17, 2009, request for an extension of time (Docket No. 8) is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file a response to the order to show cause.

DATED: February 24, 2009

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kly
noel3146.111