IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DeFRANTZE LUCAS NOEL,

    Petitioner,          No. CIV S-08-3146 JAM GGH P

  vs.

JOHN McGINNESS,

    Respondent.          FINDINGS & RECOMMENDATIONS
_____/

        By order January 13, 2009, petitioner was ordered to show cause, within thirty days, why his action should not be dismissed pursuant to the <u>Younger</u> abstention doctrine. On February 25, 2009, petitioner was granted a thirty day extension of time to file a response. The thirty day period has now expired, and petitioner has not shown cause or otherwise responded to the court's order.

        Accordingly, for the reasons stated in the January 13, 2009, order, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written

1

objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within ten days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: April 29, 2009

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

noel3146.fsc